## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 5 | 000 00 | Notes payable to banks—secured | 15 855 | 00 |
| U.S. Government securities—add schedule | 29 | 821 91 | Notes payable to banks—unsecured | | |
| Listed securities—add schedule | 19 | 066 99 | Notes payable to relatives | | |
| Unlisted securities—add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | 3 000 | 00 |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule | 245 000 | 00 |
| Real estate owned—add schedule | 325 | 000 00 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | |
| Autos and other personal property | 10 | 000 00 | | | |
| Cash value—life insurance | | | | | |
| Other assets—itemize: | | | | | |
| Pension Account | 78 | 407 00 | | | |
| Household furnishings | 20 | 000 00 | | | |
| | | | Total Liabilities | 263 855 | 00 |
| | | | Net Worth | 223 440 | 90 |
| Total Assets | 487 | 295 90 | Total Liabilities and net worth | 487 295 | 90 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | 00 | Are any assets pledged? (Add schedule.) | No | |
| On leases or contracts | | 00 | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | | 00 | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | | 00 | | | |
| Other special debt | | 00 | | | |

Digitized by Google

**SENATE JUDICIARY COMMITTEE QUESTIONNAIRE**

**SCHEDULES TO NET WORTH STATEMENT**

I. ASSETS:

1.  Government Securities:

    As of 2/28/97, I had invested in the Department of Justice Thrift Savings Plan, G Fund (Government Securities), $29, 821.91

2.  Listed Securities:

    As of 12/27/96, I owned 251 shares of the Janus Fund (Mutual Fund) for a value of $6,146.83

    As of 12/31/96, I owned 470 shares of the Lindner Dividend Fund (Mutual Fund) for a value of $12, 920.16

3.  Real Estate Owned:

    35 Bainbridge Road, West Hartford, Connecticut (residence) in joint ownership with my wife

4.  Autos and other personal property:

    I Own a 1994 Plymouth Grand Voyager and lease a 1997 Jeep Grand Cheerokee

5.  Pension Account:

    As of 2/28/97, I had invested in my former law firm's pension plan a total value of $78,407, within the following:

    | | |
    |---|---|
    | Cigna Fixed income: | $54,210 |
    | Phoenix Balanced (mutual fund) | 9,604 |
    | Templeton Foreign (mutual fund) | 14,593 |
    | | $78,407 |

II. LIABILITIES:

1.  Notes payable to banks

    This represents the balance owed on the car loan for our Plymouth Van and lease of our Jeep.

    The mortgage on our home is held by Chase Bank.

Digitized by Google

AO-10
Rev. 1/97

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 1996

Report Required by the Ethics
Reform Act of 1978, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C. App. 4, 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Droney, Christopher F. | U.S. District Court Connecticut | 6 / 9 /97 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Nominee | X Nomination, Date 6/5/97 ___ Initial ___ Annual ___ Final | 1 /1 96 - 6 /1 /97 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 157 Church Street P.O. Box 1824 New Haven, CT 06508 | Reviewing Officer _____ Date |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements) | |
| 1993 | Reid & Riege, P.C. Pension Plan Former Law Firm (no contributions have been or will be made since my resignation from the firm in 1994) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [X] NONE (No reportable non-investment income) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Christopher F. Droney | Date of Report<br>6/9 /97 |
|---|---|---|

**V. REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X  NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less        K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Christopher F. Droney | 6/9/97 |

**VII. Page 1 INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Fleet Bank (J) Checking Hartford, CT Savings | A | Int | J | T | Exempt | | | | |
| 2 Phoenix Balanced Mutual Fund * | B | Div | J | T | Exempt | | | | |
| 3 Cigna Fixed Income Mutual Fund * | A | Div | L | T | Exempt | | | | |
| 4 Phoenix Growth Mutual Fund * | A | Div | J | T | Exempt | | | | |
| 5 Lazard Small Cap Mutual Fund * | A | Div | J | T | Exempt | | | | |
| 6 Janus Mutual Fund | B | Div | J | T | Exempt | | | | |
| 7 Scudder International Mutual Fund * | A | Div | J | T | Exempt | | | | |
| 8 Fidelity Market Index Mutual Fund * | A | Div | J | T | Exempt | | | | |
| 9 Vanguard Index Mutual Fund * | A | Div | J | T | Exempt | | | | |
| 10 Lindner Dividend Mutual Fund | B | Div | J | T | Exempt | | | | |
| 11 Templeton Foreign Mutual Fund * | A | Div | K | T | Exempt | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Christopher F. Droney | 6/9/97 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS** (Indicate part of Report.)

Investments marked with an asterisk under Section VII were or are held by my former law firm's pension plan.

**IX. CERTIFICATION.**

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date June 9, 1997

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.,
Washington, D.C. 20544

Digitized by Google